EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00416SOM-04 |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | OF INDICTMENT |
| vs. | ) | |
| | ) | |
| BOBBIE JEAN PETERS, | ) | |
| a/k/a "Bobbie Jean Flores," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment filed on August 20, 2003, as it relates to Defendant BOBBIE JEAN PETERS only, on the grounds that the Defendant has entered a guilty plea and has been sentenced to a felony Information filed in Cr. No. 04-00300-SOM as part of a plea

agreement which was accepted by the Court on January 7, 2005.

DATED: Honolulu, Hawaii, Mar. 22, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

SUSAN OKI MOLLWAY
_____
SUSAN OKI MOLLWAY
United States District Judge

United States v. Bobbie Jean Peters;
Cr. No. 03-00416SOM-04
"Order for Dismissal of Indictment"